RENOUX v. GENEY.

(Supreme Court, Appellate Term. June 25, 1900.)

WITNESS—BIAS OR INTEREST—CROSS-EXAMINATION.
    In trover it is competent on cross-examination to ask one of plaintiff's witnesses questions tending to show whether or not his wife has an interest in the property in controversy, since such evidence bears on his credibility.

Appeal from municipal court of city of New York.

Action by Jeanne Renoux against Hippolyte A. Geney. From a judgment in favor of plaintiff, defendant appeals. Reversed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

G. L. Terry, for appellant.
I. H. Harris, for respondent.

PER CURIAM. This is an action for conversion, and on the cross-examination of Harris, a witness for the plaintiff, he was asked as to an assignment alleged to have been made to his wife respecting a part of the fund in controversy. On objection, the question was excluded. This was manifest error. It was certainly proper to show the interest, if any, that the witness had in the matter in suit as affecting his credibility.

Judgment reversed, and a new trial ordered, with costs to appellant to abide the event.